IN THE CIRCUIT COURT OF WASHINGTON COUNTY, MISSISSIPPI
FOURTH JUDICIAL DISTRICT

PAMELA COLEMAN, PERSONAL REPRESENTATIVE      **PLAINTIFFS**
AND SURVIVING SPOUSE OF ROBERT E. COLEMAN,
DECEASED, INDIVIDUALLY AND AS PERSONAL
REPRESENTATIVE ON BEHALF OF ALL WRONGFUL
DEATH BENEFICIARIES OF ROBERT E. COLEMAN, DECEASED

VS.      CIVIL ACTION NO.: 2019-0055 CI

FDJ TRUCKING, LLC, FREDERICK NICHOLS,      **DEFENDANTS**
DANEKINS RODGERS AND JEREMY RODGERS,
ALL INDIVIDUALLY, CHADRICK JONES,
INDIVIDUALLY, AND JOHN DOES 1-10

## SUMMONS

THE STATE OF MISSISSIPPI
OR ANY LAWFUL PROCESS SERVER

TO:    FDJ Trucking, LLC
        c/o Frederick Nichols, Agent for Process
        906 Perkins Drive
        Rayville, LA 71269

or, any place he may be found

NOTICE TO DEFENDANT

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

     You are required to mail or hand-deliver a copy of a written response to the Complaint to Bill Striebeck, the attorney for the Plaintiffs, whose post office address is P.O. Box 519, Greenville, Mississippi 38702-0519, and whose street address is 1024 Washington Ave., Suite 104, Greenville, Mississippi 38701. Your written answer must be mailed or delivered within (30) days from the date of delivery of this summons and Complaint or a judgement by default will be entered against you for the money or other things demanded in the Complaint.

     You must also file the original of your written answer with the Clerk of this Court within a reasonable time afterward.

     Issued under my hand and the seal of said Court, this, the 24th day of April, 2019.

BARBARA ESTERS-PARKER, CIRCUIT CLERK

By: _____



IN THE CIRCUIT COURT OF WASHINGTON COUNTY, MISSISSIPPI
FOURTH JUDICIAL DISTRICT

PAMELA COLEMAN, PERSONAL REPRESENTATIVE     PLAINTIFFS
AND SURVIVING SPOUSE OF ROBERT E. COLEMAN,
DECEASED, INDIVIDUALLY AND AS PERSONAL
REPRESENTATIVE ON BEHALF OF ALL WRONGFUL
DEATH BENEFICIARIES OF ROBERT E. COLEMAN, DECEASED

VS.     CIVIL ACTION NO.: 2019-0055 CI

FDJ TRUCKING, LLC, FREDERICK NICHOLS,     DEFENDANTS
DANEKINS RODGERS AND JEREMY RODGERS,
ALL INDIVIDUALLY, CHADRICK JONES,
INDIVIDUALLY, AND JOHN DOES 1-10

## SUMMONS

THE STATE OF MISSISSIPPI
OR ANY LAWFUL PROCESS SERVER

TO:    Chadrick Jones
2229 HWY. 578
Winnsboro, LA 71295

or, any place he may be found

NOTICE TO DEFENDANT

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the Complaint to Bill Striebeck, the attorney for the Plaintiffs, whose post office address is P.O. Box 519, Greenville, Mississippi 38702-0519, and whose street address is 1024 Washington Ave., Suite 104, Greenville, Mississippi 38701. Your written answer must be mailed or delivered within (30) days from the date of delivery of this summons and Complaint or a judgement by default will be entered against you for the money or other things demanded in the Complaint.

You must also file the original of your written answer with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and the seal of said Court, this, the 24th day of April, 2019.

BARBARA ESTERS-PARKER, CIRCUIT CLERK

By: _____ D.C.

IN THE CIRCUIT COURT OF WASHINGTON COUNTY, MISSISSIPPI
FOURTH JUDICIAL DISTRICT

PAMELA COLEMAN, PERSONAL REPRESENTATIVE  **PLAINTIFFS**
AND SURVIVING SPOUSE OF ROBERT E. COLEMAN,
DECEASED, INDIVIDUALLY AND AS PERSONAL
REPRESENTATIVE ON BEHALF OF ALL WRONGFUL
DEATH BENEFICIARIES OF ROBERT E. COLEMAN, DECEASED

VS.   CIVIL ACTION NO.: 2019-0055 C(

FDJ TRUCKING, LLC, FREDERICK NICHOLS,   **DEFENDANTS**
DANEKINS RODGERS AND JEREMY RODGERS,
ALL INDIVIDUALLY, CHADRICK JONES,
INDIVIDUALLY, AND JOHN DOES 1-10

Received & Filed
APR 2 4 2019
Barbara Esters-Parker
By: _____ D.C.

**COMPLAINT**
(Jury Trial Demanded)

COMES NOW the Plaintiffs, by counsel, and would show unto the Court the following, to-wit:

## I. PARTIES

1. Plaintiff Pamela Coleman is an adult resident citizen of Greenville, Washington County, Mississippi and is the surviving spouse of Robert E. Coleman, deceased, and she is bringing this Complaint on behalf of herself and the wrongful death heirs of Robert E. Coleman, deceased.

2. Defendant FDJ Trucking, LLC is a limited liability company organized and existing under the laws of the State of Louisiana, doing business in Mississippi and having committed a tort within this State, may be served with process of this Court by service upon its registered agent, Frederick Nichols, 906 Perkins Drive, Rayville, LA 71269.

3. Defendants Frederick Nichols, Danekins Rodgers and Jeremy Rodgers, each individually are the listed members of FDJ Trucking, LLC, and are adult resident citizens of Louisiana whom may be served with process of this Court at 906 Perkins Drive, Rayville, LA 71269.

4. Defendant Chadrick Jones was the employee/driver of FDJ Trucking, LLC and is an adult resident citizen of Louisiana whom may be served with process of this Court at 2229 HWY 578,

Winnsboro, LA 71295.

5. Defendants John Does 1-10 are as yet unknown individuals and/or legal entities who potentially share legal culpability for this collision and the injuries, loss and damages sustained by the Plaintiffs.

## II. JURISDICTION AND VENUE

6. Jurisdiction and venue are proper in the Circuit Court of Washington County, Mississippi, as the collision which gives rise to this cause of action occurred in Washington County, Mississippi.

## III. FACTS

7. On or about March 12, 2019, Robert E. Coleman was operating a motor vehicle in a safe and careful manner at the intersection of Fairview Avenue and U.S. Highway 82 in Greenville, Washington County, Mississippi when a tractor owned and operated by the Defendants herein, transporting a trailer loaded with soybeans, and being driven by Defendant Chadrick Jones, ran a red light at an excessive rate of speed colliding with Robert E. Coleman, all of which caused grievous injuries to Robert E. Coleman resulting in his wrongful death.

8. At all times referenced herein, Chadrick Jones was acting within the course and scope of his employment with the Defendants herein.

9. The collision and resulting wrongful death to Robert E. Coleman and other damages were directly and proximately caused by the negligence of the Defendants, each individually and by and through its employee, agent, servant and representative, Chadrick Jones, in his failure to exercise a proper degree of care in the following respects, to-wit:

    a. Failing to use reasonable care;

    b. Failing to maintain a proper lookout;

    c. Failing to maintain the Tractor/trailer under proper control;

    d. Operating the tractor/trailer in a careless and reckless manner under the circumstances then and there existing;

    e.    Failing to yield the right-of-way;

    f.    Violating the statutory rules of the road by running a red light;

    g.    Violating the statutory rules of the road by traveling at an unlawful and excessive speed in violation of the there posted speed limit;

    h.    Traveling at an excess speed when approaching an intersection;

    i.    By other acts of negligence as will be shown at the trial of this cause.

10. Further, Defendants failed to properly and adequately train their employee, Chadrick Jones, to safely operate and tow heavy loads, including the trailer load of soybeans, through urban areas including the area within the municipal limits of Greenville, Mississippi.

11. The Defendants employee's violation of the applicable State statutory and/or regulations and certain Federal Motor Carrier Safety Standards constitute negligence *per se*.

12. Further, the actions of all Defendants were grossly negligent and were of such wanton, reckless, malicious or intentional wrongful conduct and in such gross disregard to have caused the wrongful death or Robert E. Coleman, entitling the Plaintiffs to an award of punitive damages.

**WHEREFORE**, Pamela Coleman, individually as the surviving spouse of Robert E. Coleman, deceased, and as the personal representative of the wrongful death beneficiaries of Robert E. Coleman, deceased, prays for an award of damages for the wrongful death of Robert E. Coleman, including but not limited to the extreme pain and suffering suffered by the decedent before his actual death, the medical expenses incurred by the decedent, any damages for loss of property, the loss of income, the loss of association, love, affection and the loss of the enjoyment of the life of Robert E. Coleman, funeral/burial expenses, attorney's fees to administer the estate of Robert E. Coleman, punitive damages, and all other damages allowed under the Mississippi Wrongful Death Act; all in an amount to be determined by a jury at the trial of this cause together with prejudgment and post judgment interest and all costs of litigation.

    RESPECTFULLY SUBMITTED this the 24th day of April, 2019.

PRESENTED TO THE COURT BY:

_____
Bill Striebeck, Esq.
Attorney for Plaintiffs
MSB No. 8530


WILLIAM R. STRIEBECK, P.A.
P. O. Box 519
Greenville, Mississippi 38702-0519
Telephone: (662) 378-3261
Facsimile: (662) 378-5450
Email: wmstriebeck@gmail.com
       vsabbatini@bellsouth.net