IN THE CIRCUIT COURT OF WASHINGTON COUNTY, MISSISSIPPI
FOURTH JUDICIAL DISTRICT

PAMELA COLEMAN, PERSONAL REPRESENTATIVE    PLAINTIFFS
AND SURVIVING SPOUSE OF ROBERT E. COLEMAN,
DECEASED, INDIVIDUALLY AND AS PERSONAL
REPRESENTATIVE ON BEHALF OF ALL WRONGFUL
DEATH BENEFICIARIES OF ROBERT E. COLEMAN, DECEASED

VS.                                            CIVIL ACTION NO.: 2019-0055CI

FDJ TRUCKING, LLC, CHADRICK JONES,             DEFENDANTS
INDIVIDUALLY, AND JOHN DOES 1-10

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
### OF CERTAIN NAMED INDIVIDUAL DEFENDANTS

**COMES NOW** the Plaintiffs, by counsel, who do voluntarily dismiss without prejudice individual defendants Frederick Nichols, Danekins Rodgers and Jeremy Rodgers who were the then listed members of FDJ Trucking, LLC on the basis that FDJ Trucking, LLC was not in good standing with the Secretary of the State of Louisiana at the time the Complaint was filed in this matter, but which subsequently took the actions necessary to now be in good standing. This Notice of Voluntary Dismissal Without Prejudice of these named individuals does not in any way prejudice the rights of the Plaintiffs to continue to proceed against Defendants FDJ Trucking, LLC, Chadrick Jones, individually, and John Does 1-10.

**SO NOTICED** this the 9th day of May, 2019,

                          PAMELA COLEMAN, Personal Representative and
                          Surviving Spouse of Robert E. Coleman, deceased,
                          Individually and as Personal Representative on Behalf
                          of all Wrongful Death Beneficiaries of Robert E.
                          Coleman, deceased

BY: _____
      BILL STRIEBECK, MSB No.: 8530
      Attorney for Plaintiffs



OF COUNSEL:

WILLIAM R. STRIEBECK, P.A.
P.O. Box 519
Greenville, MS 38702-0519
Telephone: (662) 378-5450
Facsimile: (662) 378-3261
Email: wmstriebeck@gmail.com
        vsabbatini@bellsouth.net

## CERTIFICATE OF SERVICE

I, Bill Striebeck, Esq. do hereby certify that I have this day forwarded via electronic service and via U.S. Mail, postage prepaid, a true and correct copy of the above and foregoing *Notice of Voluntary Dismissal Without Prejudice of Certain Named Individual Defendants* to:

    John MacNeill, Esq..
    Mark C. Carlson, Esq.
    Gregory W. Virden, Jr., Esq.
    Copeland Cook Taylor & Bush
    P.O. Box 6020
    Ridgeland, MS 39158

This the 9th day of May, 2019.

_____
Bill Striebeck